IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BMO HARRIS BANK N.A., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:18-cv-00449 |
| SPACE CITY LOGISTICS, LLC, a Texas limited liability company, <br> Defendant. | § § § § | |

## AMENDED JUDGMENT ORDER

This matter came to be heard upon the motion of BMO Harris Bank N.A. ("Plaintiff") for Default Judgment and the affidavit attached thereto; personal service of the Summons and Verified Complaint having been made upon Defendant, Space City Logistics, LLC ("Borrower"); Borrower having failed to plead in response to the Verified Complaint in this action; this Court having subject matter and personal jurisdiction over this case and the parties thereto; and this Court being fully advised in the premises; the Court determines the following findings of fact:

**IT IS HEREBY ORDERED THAT:**

1. A default is hereby entered against the Borrower on the Docket;

2. Judgment is entered in favor of Plaintiff and against Borrower in the amount of $108,264.69, plus interest at the *per diem* rate of $52.54 commencing as of August 1, 2018.

3. Plaintiff is awarded reasonable attorney fees and shall submit an application pursuant to Rule 54(d).

4. This is a final order and effective immediately.

Dated: Sept 6, 2018

HON. DAVID HITTNER
UNITED STATES DISTRICT COURT JUDGE

AUS-6593209-1